IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARQUIS FARROW,<br><br>*Petitioner,*<br><br>v.<br><br>LEE ESTOCK, ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, and DISTRICT ATTORNEY OF ALLEGHENY COUNTY,<br><br>*Respondent.* | Civil Action No. 2:19-cv-1162<br><br>Hon. William S. Stickman IV<br>Hon. Maureen P. Kelly |

## ORDER OF COURT

AND NOW, this 13th day of January 2022, after Petitioner, Marquis Farrow, filed a Petition for Writ of Habeas Corpus (ECF Nos. 1 and 4), and after a Report and Recommendation was filed by United States Magistrate Judge Maureen P. Kelly recommending that the Court dismiss the Petition for failure to prosecute given that Petitioner was released on parole without advising the Court of a forwarding address (ECF No. 29), and after granting Petitioner a period of time to file written objections thereto (ECF No. 29), and having received no objections, the Court hereby ADOPTS Magistrate Judge Kelly's Report and Recommendation as its Opinion.

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF Nos. 1 and 4) is DISMISSED WITH PREJUDICE for failure to prosecute. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE